**W. T. BRYANT et al., appellants,**

v.

**Walter ROSE et al., appellees.**

Court of Appeals of Kentucky.

May 21, 1954.

E. E. Back, Leebern Allen, Campton, for appellants.

Grannis Back, Jackson, J. Douglas Graham, Campton, for appellees.

PER CURIAM.

This case is being considered under KRS 21.080.

Motion for an appeal from a judgment of the Wolfe Circuit Court sustaining appel-

lees' exceptions to the Master Commissioner's report of sale of certain property involved in this action.

A review of the record discloses that the Chancellor did not abuse his discretion in sustaining the exceptions to the sale, nor in ordering a resale of the property.

The motion for an appeal is overruled and the judgment is affirmed.

**Willie WARD, Appellant,**

v.

**Lindsay WARNER, Appellee.**

Court of Appeals of Kentucky.

May 21, 1954.

Shumate & Shumate, Richmond, for appellant.

Salem Moody, Richmond, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Madison Circuit Court, W. J. Baxter, Judge, dismissing an action seeking damages of $500 and an injunction requiring the opening of a passway.

The record discloses no substantial errors. The motion for an appeal is overruled and the judgment is affirmed. However, the judgment herein is construed as being without prejudice to the rights of the appellant to require the opening of the passway involved herein by a subsequent action should there be a change of conditions rendering it impractical to use the right of way presently in use.